UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL DAWES,<br>    individually and as a class<br>    representative | )<br>)<br>)<br>) | CASE NO. 1:10-cv-02637 |
|     Plaintiff, | )<br>) | JUDGE DONALD C. NUGENT |
| v. | )<br>)<br>) | <u>ORDER ADOPTING<br>MAGISTRATE'S REPORT AND<br>RECOMMENDATION</u> |
| BAC HOME LOANS SERVICING LP,<br>    *et al.*, | )<br>)<br>) | |
|     Defendants. | ) | |

This case was referred to Magistrate Judge Greg White for general pretrial supervision. Plaintiff filed this action alleging (1) slander of title; (2) fraud; (3) negligent misrepresentation; (4) breach of contract; (5) false oaths; (6) unjust enrichment; (7) conversion; (8) abuse of process; and, (9) malicious prosecution. (ECF # 1-2). Plaintiff also asserted that this action may be maintained as a class action pursuant to Civil Rule 23(B)(3). *Id.* ¶49. The issue has been fully briefed and both parties have had ample opportunity to state their respective positions. After a thorough review of all party submissions, Magistrate White recommended that Defendants' Motion to Dismiss all claims be granted. (ECF # 30). No timely objections have been filed.

The Court has reviewed *de novo* the Report and Recommendation, *see Ohio Citizen Action v. City of Seven Hills*, 35 F. Supp. 2d 575, 577 (N.D. Ohio 1999), and ADOPTS the



Report and Recommendation in its entirety. Magistrate White's Report and Recommendation is well reasoned, well-supported and correct in its conclusions. There, Defendants' Motion to Dismiss is GRANTED and Plaintiff's Complaint is dismissed.

IT IS SO ORDERED

_____
DONALD C. NUGENT
United States District Judge

DATED: June 22, 2011